IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff, ) | 1 : 19 CR 700 |
| ) | |
| v. ) | CASE NO._____ |
| ) | Title 18, United States Code, |
| CORY D. TRIPPLETT, ) | Sections 2252(a)(2), 2251(a) and |
| aka Anthony Erlington ) | 2423(b) |
| ) | |
| Defendant. ) | JUDGE BOYKO |

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged In Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about November 3, 2018 through on or about June 15, 2019, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CORY D. TRIPPLETT, aka Anthony Erlington, did knowingly receive and distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury further charges:

2. On or about May 31, 2019, in the Northern District of Ohio, Eastern Division, Defendant CORY D. TRIPPLETT, aka Anthony Erlington, did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #1, whose identity is known to the Grand Jury) to engage

in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct and such visual depiction was produced or transmitted using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3

(Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b))

The Grand Jury further charges:

3. From on or about November 10, 2018 through June 30, 2019, in the Northern District of Ohio, Eastern Division, Defendant CORY D. TRIPPLETT, aka Anthony Erlington, did knowingly travel in interstate commerce, from the State of Michigan to the State of Ohio, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, that is, Minor Victim #1 born in December of 2003.

A TRUE BILL

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.